IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>　　　　Defendants. | Case Nos. 6:21-cv-01374-ADA<br>6:21-cv-01375-ADA<br><br><br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sovereign Peak Ventures, LLC ("SPV" or "Plaintiff") and Defendants Acer Inc. and Acer America Corporation ("Acer" or "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) hereby move for an order dismissing all claims asserted by Plaintiff against Defendants WITH PREJUDICE and all counterclaims asserted by Defendants against Plaintiff WITH PREJUDICE, subject to that certain Settlement and License Agreement dated August 8, 2022, with each Party to bear its own costs, expenses, and attorneys' fees. The Parties ask that the Court enter the attendant proposed Order of Dismissal.

Dated: September 13, 2022                             Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jonathan H. Rastegar*<br>Patrick J. Conroy<br>Texas Bar No. 24012448<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br><br>**NELSON BUMGARDNER CONROY PC**<br>2727 North Harwood St., Suite 250<br>Dallas, TX 75201<br>Tel: (214) 446-4951<br>pat@nbafirm.com<br>bill@nbafirm.com<br>jon@nbafirm.com<br><br>**Attorneys for Plaintiff**<br>**Sovereign Peak Ventures, LLC** | By: /s/ *Craig Kaufman*<br>Craig Kaufman (CA Bar No. 159458)<br>Jerry Chen (CA Bar No. 229318)<br>TECHKNOWLEDGE LAW GROUP LLP<br>20660 Stevens Creek Blvd., Suite 381<br>Cupertino, CA  95014<br>Tel: (650) 517-5200<br>Fax: (650) 562-8054<br>ckaufman@tklg-llp.com<br>jchen@tklg-llp.com<br><br>Eric H. Findlay<br>State Bar No. 00789886<br>Brian Craft<br>State Bar No. 04972020<br>FINDLAY CRAFT, P.C.<br>102 N. College Ave. Suite 900<br>Tyler Texas 75702<br>Tel: (903) 534-1100<br>Fax: (903) 534-1137<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>*Attorneys for Defendants Acer Inc. and Acer America Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on September 13, 2022

/s/ *Jonathan H. Rastegar*
Jonathan H. Rastegar