IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants. | Case Nos. 6:21-cv-01374-ADA<br>6:21-cv-01375-ADA<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Sovereign Peak Ventures, LLC and Defendants Acer Inc. and Acer America Corporation.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the claims are dismissed with prejudiced as detailed in the Joint Stipulation.

-1-